428 A.2d 669

Commonwealth v. Dowling, Appellant.

Submitted March 19, 1980. Eugene E. Kellis, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

428 A.2d 670

Commonwealth v. Fisher, Appellant.

Submitted December 6, 1979. Thomas J. Munley, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

ROBERTS, J., concurred in the result.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.